UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10 B 39926 |
| | CHAPTER 13 |
| RYAN PAUL COLLINS | |
| | JUDGE JACK B SCHMETTERER |
| DEBTOR | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** HARRIS NA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 11 | 6100271320 14015JAME | $3,166.14 | $2,000.00 | $2,000.00 |
| Total Amount Paid by Trustee | | | | | $2,000.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit       **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-39926-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 9th day of April, 2015.

Debtor:
RYAN PAUL COLLINS
14015 JAMES DR # 514
CRESTWOOD, IL 60445

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL 60603
via Clerk's ECF noticing procedures

Mortgage Creditor:
BAC HOME LN
% CLERK CHANCERY
50 W WASHINGTON ST # 802
CHICAGO, IL 60602

Mortgage Creditor:
BAC HOME LOANS SERVICING LP
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL 60527

Creditor:
HARRIS NA
1200 E WARRENVILLE RD #2700
CONSUMER LENDING CTR
NAPERVILLE, IL 60563-3529

Mortgage Creditor:
HARRIS NA
% EHRENBERG & EGAN
330 N WABASH AVE #2905
CHICAGO, IL 60611

Mortgage Creditor:
SANDPIPER SOUTH
RECREATIONAL A
% FOSCO FULLETT ROSELUND PC
440 TELSER LN
LAKE ZURICH, IL 60047

Mortgage Creditor:
SANDPIPER SOUTH
RECREATIONAL A
% CLERK THIRD MUN DIV
2121 EUCLID AVE # 121
ROLLING MEADOWS, IL 60008

Mortgage Creditor:
BAC HOME LOANS
400 NATIONAL WAY MS
CA69190123
SIMI VALLEY, CA 93065

ELECTRONIC SERVICE - United States Trustee

Date: April 09, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603